UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

THOMAS H. STABB, JR.,

                        Plaintiff,                    5:25-cv-280
                                                                         (ECC/PJE)

v.

SYRACUSE POLICE DEPARTMENT, et al.,

                        Defendants.

---

Thomas H. Stabb, Jr., *Plaintiff, pro se*

**Hon. Elizabeth C. Coombe, United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

      Plaintiff Thomas H. Stabb, Jr. commenced this proceeding under 42 U.S.C. § 1983 and sought leave to proceed *in forma pauperis* ("IFP"). (Dkt. Nos. 1, 3). This matter was referred to United States Magistrate Judge Paul J. Evangelista who, on October 7, 2025 granted Plaintiff's application to proceed IFP and issued a Report-Recommendation, recommending that Plaintiff's complaint be dismissed with leave to replead. (Dkt. No. 4). Plaintiff was informed that she had fourteen days within which to file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to object to the report within fourteen days would preclude appellate review. (Dkt. No. 6, at 9). No objections to the Report-Recommendation have been filed.

      As no objection to the Report-Recommendation has been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

      Having reviewed the Report-Recommendation for clear error and found none, the Court

adopts the Report-Recommendation in its entirety.

For these reasons, it is hereby

**ORDERED** that Magistrate Paul J. Evangelista's Report-Recommendation (Dkt. No. 6) is **ADOPTED**; and it is further

**ORDERED** that claims against the Syracuse Police Department and claims against Barns in his official capacity for monetary damages is **DISMISSED WITHOUT PREJUDICE AND WITHOUT OPPORTUNITY TO AMEND**; and it is further

**ORDERED** that the remainder of Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE AND WITH OPPORTUNITY TO AMEND**; and it is further;

**ORDERED** that any amended complaint must be filed **within thirty (30) days** of the date of this Order. Any amended complaint must be a complete pleading which will replace the current complaint in total; and it is further

**ORDERED** that if Plaintiff files a timely amended complaint, it shall be referred to Magistrate Judge Evangelista for review; and if Plaintiff fails to file a timely amended complaint, the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: October 27, 2025

Elizabeth C. Coombe
U.S. District Judge