UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

THOMAS H. STABB, JR.,

                                    Plaintiff,                            5:25-CV-280
                                                                                (ECC/PJE)

v.

SYRACUSE POLICE DEPARTMENT, et al.,

                                    Defendants.
_____

Thomas H. Stabb, Jr., *Plaintiff, pro se*

**Hon. Elizabeth C. Coombe, United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

      Plaintiff Thomas H. Stabb, Jr. commenced this proceeding under 42 U.S.C. § 1983 and sought leave to proceed *in forma pauperis* ("IFP"). (Dkt. Nos. 1, 3). This matter was referred to United States Magistrate Judge Paul J. Evangelista who, on October 7, 2025 granted Plaintiff's application to proceed IFP and issued a Report-Recommendation, recommending that Plaintiff's complaint be dismissed with leave to replead. (Dkt. No. 6). On October 27, 2025, the Court adopted Judge Evangelista's Report-Recommendation. (Dkt. No. 7). Plaintiff was informed that he had the opportunity to file an amended complaint within 30 days of the October 27, 2025 order. Plaintiff filed an amended complaint on December 12, 2025. (Dkt. No. 10). The amended complaint was referred to Judge Evangelista for review who, on January 5, 2026 issued a Report-Recommendation, recommending that Plaintiff's amended complaint be dismissed. Plaintiff was informed that he had fourteen days within which to file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to object to the report within fourteen days would preclude appellate review. (Dkt. No. 12, at 7). No objections to the Report-Recommendation

have been filed.

As no objection to the Report-Recommendation has been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is hereby

**ORDERED** that Magistrate Evangelista's Report-Recommendation (Dkt. No. 12) is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's amended complaint is **DISMISSED WITH PREJUDICE**; and it is further;

**ORDERED** that the Clerk is directed to close the case; and it is further;

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: February 17, 2026

Elizabeth C. Coombe
U.S. District Judge

2